UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22295-CIV-LENARD/GARBER

DAVID PHILIPS,

    Plaintiff,

v.

CARL KLEMPNER,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Joan A. Lenard. Pursuant to such reference, the Court has received Plaintiff's Motion to Confirm Settlement Agreement and Motion to Compel Execution of Settlement Documents [DE 228] and Defendant's Response [DE 229]. The Court also held a hearing on the matter on August 4, 2010. As stated at the hearing, the Court hereby

ORDERS the following:

1. Plaintiff's Motion to Confirm Settlement Agreement and Motion to Compel Execution of Settlement Documents is DENIED.

2. The signed agreement is hereby stricken for the reasons stated at the hearing.

3. The parties have twenty (20) days from the date of this order to draft a new settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida this 4th day of August, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE